IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAHAMAD E.,
    Plaintiff,

v.

MARTIN O'MALLEY,
COMMISSIONER
OF SOCIAL SECURITY,
    Defendant.
_____/

Civil No. 5:24-cv-11707

Honorable David R. Grand
United States Magistrate Judge

## JOINT STIPULATION TO REMAND TO THE COMMISSIONER

Pursuant to sentence four of 42 U.S.C. § 405(g), the parties stipulate that the Court should enter an order remanding the above-captioned case to the Commissioner for further administrative action. On remand, the Appeals Council will instruct the Administrative Law Judge to offer Plaintiff an opportunity for a hearing and issue another decision.

Respectfully submitted,

DAWN N. ISON
United States Attorney

| | |
|---|---|
| /s/ Bethany G. Versical[1] | /s/ Susana Ochoa |
| Bethany G. Versical | Susana Ochoa |
| Versical Law PLLC | Special Assistant United States Attorney |
| Attorney for Plaintiff | Office of Program Litigation, Office 4 |
| 220 S. Main Street | Office of the General Counsel |
| Royal Oak, MI 48067 | Social Security Administration |
| beth.versical@gmail.com | 6401 Security Boulevard |
| | Baltimore, MD 21235 |
| | susana.ochoa@ssa.gov[2] |

---

[1] Signed with consent obtained by email by Special Assistant United States Attorney Susana Ochoa, received on November 15, 2024.

[2] Of Counsel: Zak Toomey, Assistant United States Attorney, 211 Fort Street, Suite 2001, Detroit, MI 48226, MO 61618.

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2024, the foregoing document was electronically filed with the Clerk of the Court using the ECF system.

I further certify that an employee of the Office of the General Counsel placed in the mail, by United States Postal Service, the document to:

N/A

/s/ Susana Ochoa
Susana Ochoa
Special Assistant United States Attorney
Office of Program Litigation, Office 4
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
susana.ochoa@ssa.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAHAMAD E.
      Plaintiff,

Civil No. 5:24-CV-11707

v.

Honorable David R. Grand
United States Magistrate Judge

MARTIN O'MALLEY,
COMMISSIONER
OF SOCIAL SECURITY,
      Defendant
_____/

## ORDER REMANDING CASE UNDER SENTENCE FOUR PER PARTIES' STIPULATION

The parties' Stipulation to Remand to the Commissioner is granted and this case is remanded to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will instruct the Administrative Law Judge to offer Plaintiff an opportunity for a hearing and issue a decision.

s/David R. Grand

Honorable David R. Grand
United States Magistrate Judge

Date:11/18/24